Stella Havkin (SBN 134334)
David P Jacob (SBN 256374)
21650 Oxnard Street, Suite 1540
Woodland Hills, California 91367
Telephone: (818) 999-1568
Facsimile: (818) 293-2414
Email: stella@havkinandshrago.com

Attorneys for Bridge Funding Cap, LLC,

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| | |
|---|---|
| The Litigation Practice Group P.C, <br><br> Debtor. | Case No. 8:23-bk-10571-SC <br><br> Chapter 11 |
| Richard A. Marshack, Trustee of the LPG Liquidation Trust <br><br> Plaintiff, <br><br> vs. <br><br> GSS Equity, LLC dba Green Fund NY, a New York domestic limited liability company; Berkovitch & Bouskila, PLLC, a New York domestic professional service limited liability company; Ace Funding Source, LLC d/b/a Thor Capital, a New York domestic limited liability company; and Bridge Funding Cap, LLC d/b/a Fundura Capital, a New York domestic limited liability company <br><br> Defendants. | Adv. No.: 8:25-ap-01155-SC <br><br> **STIPULATION BETWEEN PLAINTIFF RICHARD A. MARSHACK TRUSTEE OF THE LPG LIQUIDATION TRUST AND DEFENDANT BRIDGE FUNDING CAP, LLC TO SET ASIDE THE DEFAULT AND SET NEW DEADLINES FOR RESPONSIVE PLEADINGS AND STATUS CONFERENCE HEARING THEREON.** |

1

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, AND ALL INTERESTED PARTIES.**

This stipulation ("Stipulation") is entered into by and between plaintiff Richard A. Marshack, the Trustee of the Liquidating Trust ("Trustee or "Plaintiff") for the bankruptcy estate of ("Estate") of The Litigation Practice Group P.C. ("Debtor or "LPG") in the above captioned bankruptcy ("Main Case") and the defendant Bridge Funding Cap, LLC d/b/a Fundura Capital, a New York domestic limited liability company ("Bridge"), by and through their counsel, Stella Havkin, Esq ("Ms. Havkin")  (Bridge and Trustee are referred together herein as the "Parties"), pursuant to LBR 7016-1(a)(5).

**RECITALS**

1. On March 16, 2025, Dinsmore filed the above titled adversary against Bridge (this "Adversary") on behalf of Plaintiff (This Adversary Dkt No. 1).

2. On April 30, 2025, Dinsmore filed a request for entry of default as to Bridge in this Adversary (This Adversary Dkt No. 8).  On May 1, 2025, the clerk filed a notice of default against Bridge in this Adversary (This Adversary Dkt No. 10) (the "Default").

3. Counsel for the parties have met and conferred.  Counsel for Bridge was not aware of the filing of this Adversary Case.  As such, the parties agree that the default should be set aside on the ground of inadvertence.

4. Bridge shall have until June 9, 2025 or 10 days after the approval of this Stipulation by the Court to file its answer to this Adversary.

**STIPULATION**

Based on the above stated recitals ("Recitals") which are incorporated in this Stipulation in their entirety and good cause existing thereon, the Parties agree and stipulate and ask the Court to enter an Order.

A. Setting aside the Default.

B. Allowing the Defendant to file its responsive pleading by June 9, 2025 or 10 days after the Court's approval of this Stipulation.

C. Directing Defendant to comply with the previously entered May 19, 2025 order of

2

1 | the Court rescheduling the status conference herein and granting other relief [Dkt. No. 22].

4 | **IT IS SO STIPULATED.**

DATED: May 28, 2023        Havkin and Shrago

   By: /s/ Stella Havkin
   Stella Havkin
   Attorneys for Bridge Funding Cap, LLC

DATED: May 28, 2023        Dinsmore & Shohl LLP

   By: *(signature)*
   Tyler Powell, Esq
   Attorneys for Richard A. Marshack, Trustee of
   the LPG Liquidation Trust

3